■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNEDY HOWE, Appellant, v JOSEPH COSTELLO, Respondent. [688 NYS2d 889] —In a habeas corpus proceeding, the petitioner appeals

from a judgment of the Supreme Court, Queens County (Naro, J.), dated September 10, 1997, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD23d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Thompson, Goldstein and Mc-Ginity, JJ., concur.